UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**ORIGINAL**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* MICHAEL T. GREER, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DYNCORP INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 13-0326 (RJL)<br><br><u>UNDER SEAL</u> |

### <u>UNITED STATES' NOTICE OF NON-INTERVENTION AT THIS TIME</u>

In its last Order, dated November 4, 2014, this Court indicated that the United States must make its intervention decision on or before January 13, 2015, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is not yet able to decide whether to proceed with the action. Accordingly, the United States hereby notifies this Court that it is not intervening at this time. The United States, however, intends to continue its investigation of Relators' allegations.

Although the United States is not intervening at this time, it respectfully refers this Court to 31 U.S.C. § 3730(b)(1), which allows Relators to maintain his action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.



Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by this Court be sent to the Government's counsel. The United States also requests that it be served with all notices of appeal.

The United States reserves its right to order any deposition transcripts and to seek the dismissal of this action or Relators' claims in the sound and unreviewable exercise of its prosecutorial discretion pursuant to 31 U.S.C. § 3730(c)(2)(A). *See also United States ex rel. Hoyte v. Am. Nat'l Red Cross,* 518 F.3d 61, 65 (D.C. Cir. 2008); *Swift v. United States*, 318 F.3d 250, 251-54 (D.C. Cir. 2003). Lastly, the United States reserves its right to intervene in this action for good cause at a later date, which good cause may include the further review or collection of information during the Government continuing investigation of Relators' allegations. 31 U.S.C. § 3730(c)(3); *see, e.g., United States v. Aseracare, Inc.*, Civ. A. No. 12-0245, 2012 WL 5289475, at *2 (N.D. Ala. Oct. 24, 2012) (noting purpose of "good cause" requirement is to protect relator's interests and that "good cause" can include the receipt of new information or the protection or relator's interests) (citing *United States ex rel. Stone v. Rockwell Int'l Corp.*, 950 F. Supp. 1046, 1049 (D. Colo. 1996) (finding good cause for latter intervention based on Government's continuing review of evidence)).

Finally, the Government requests that relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to this Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: January 13, 2015
       Washington, DC

                          Respectfully submitted,

                          JOYCE R. BRANDA
                          Acting Assistant Attorney General

                          RONALD C. MACHEN JR., D.C. Bar #447889
                          United States Attorney

                          DANIEL F. VAN HORN, D.C. Bar #924092
                          Chief, Civil Division, U.S. Attorney's Office

By: _____/s/_____
      BRIAN P. HUDAK
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-2549

      MICHAEL D. GRANSTON
      MICHAL TINGLE
      ERIC SCHMELZER
      Attorneys, Commercial Litigation Branch
      P.O. Box 261, Ben Franklin Station
      Washington, DC  20044
      (202) 307-0256

      *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2015, I caused a true and correct copy of the foregoing to be served on counsel for the Relators by first-class mail to:

Danielle M. D'Addesa
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549
brian.hudak@usdoj.gov