## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. MICHAEL GREER, et al., )<br><br>Plaintiffs/Relators, )<br><br>v. )<br><br>DYNCORP INTERNATIONAL INC., et al., )<br><br>Defendants. ) | Civil Action No. 13-326-RJL |

## **NOTICE OF APPEARANCE**

The Court will please take notice that James W. Cooper, who is admitted to practice in this Court, hereby enters his appearance in this matter on behalf of Defendants DynCorp International Inc., DynCorp International LLC, Delta Tucker Holdings, Inc., and Delta Tucker Sub, Inc.

May 28, 2015                             Respectfully submitted,

/s/ James W. Cooper
James W. Cooper, D.C. Bar # 421169
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, D.C.  20004
(202) 942-6603
james.w.cooper@aporter.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, James W. Cooper, hereby certify that on this the 28th day of May 2015, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system, which will send copies to the following counsel of record:

Joel D. Hesch
Attorney at Law
3540 Ridgecroft Dr.
Lynchburg, VA  24503

Joseph M. Callow
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

*Counsel for Relators*

Brian P. Hudak
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C.  20530

*Counsel for the United States of America*

I further caused the remaining counsel of record and party to be served by first-class mail at the following addresses:

Gregory M. Utter
Danielle M. D'Addesa
Lori G. Heilman
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

*Counsel for Relators*

Onsite OHS, Inc.
101 N. Hart Street
Princeton, Indiana  47670

*Co-defendant*

    /s/ James W. Cooper
James W. Cooper

*Counsel for Defendants*