## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>ex rel. MICHAEL GREER, et al.,           )<br>                                                             )<br>         Plaintiffs/Relators,               )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>DYNCORP INTERNATIONAL INC., et al.,  )<br>                                                             )<br>         Defendants.                          )<br>                                                             ) | Civil Action No. 13-326-RJL |

### **NOTICE OF APPEARANCE**

The Court will please take notice that Rosemary Szanyi, who is admitted to practice in this Court, hereby enters her appearance in this matter on behalf of Defendants DynCorp International Inc., DynCorp International LLC, Delta Tucker Holdings, Inc., and Delta Tucker Sub, Inc.

May 28, 2015                                                    Respectfully submitted,

/s/ Rosemary Szanyi
Rosemary Szanyi, D.C. Bar # 997859
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, D.C.  20004
(202) 942-6812
rosemary.szanyi@aporter.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Rosemary Szanyi, hereby certify that on this the 28th day of May 2015, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system, which will send copies to the following counsel of record:

| | |
|---|---|
| Joel D. Hesch<br>Attorney at Law<br>3540 Ridgecroft Dr.<br>Lynchburg, VA  24503 | Brian P. Hudak<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Washington, D.C.  20530<br><br>*Counsel for the United States of America* |
| Joseph M. Callow<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202<br><br>*Counsel for Relators* | |

I further caused the remaining counsel of record and party to be served by first-class mail at the following addresses:

| | |
|---|---|
| Gregory M. Utter<br>Danielle M. D'Addesa<br>Lori G. Heilman<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202<br><br>*Counsel for Relators* | Onsite OHS, Inc.<br>101 N. Hart Street<br>Princeton, Indiana  47670<br><br>*Co-defendant* |

    /s/ Rosemary Szanyi
Rosemary Szanyi

*Counsel for Defendants*