**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ex rel. MICHAEL GREER, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-326-RJL<br><br>**MOTION FOR LEAVE TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFFS/RELATORS' CLAIMS AND WITHOUT PREJUDICE AS TO THE UNITED STATES OF AMERICA'S CLAIMS** |
| Plaintiffs/Relators, | | |
| v. | | |
| DYNCORP INTERNATIONAL INC., et al., | | |
| Defendants. | | |

Plaintiffs/Relators United States of America, ex. rel. Michael T. Greer and Amanda Greer ("Plaintiffs/Relators"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Court for leave to dismiss their Complaint against Defendant DynCorp International, LLC ("Defendant") with prejudice as to Plaintiffs/Relators' claims and without prejudice as to the United States of America's claims, and with each Party to bear their own costs and attorneys' fees.

Pursuant to the False Claims Act, 31 U.S.C. § 3730, the United States has informed undersigned counsel that it consents to the dismissal of this action provided that the dismissal is without prejudice to the United States.

Respectfully submitted,

/s/Gregory M. Utter
Gregory M. Utter (*Ohio Bar No.* 0032528)
*(admitted pro hac vice)*
Joseph M. Callow Jr. (*Ohio Bar No.* 0061814) *(admitted pro hac vice)*
KEATING MUETHING & KLEKAMP PLL
Phone: (513) 579-6540
Fax: (513) 579-6457
gmutter@kmklaw.com
jcallow@kmklaw.com

Joel Hesch (*D.C. Bar No.*421822)
3540 Ridgecroft Dr.
Lynchburg, VA 24503
Phone: (434) 592-4251

*Counsel for Plaintiffs/Relators,*
*Michael Greer and Amanda Greer*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 8th day of September, 2017, via CMF/ECF electronic filing to:

Eric G. Lasker
Hollingsworth LLP
1350 I Street, N.W.
Washington, D.C. 20005

Brian Hudak
Assistant United States Attorney
United States Attorney's Office
Justice Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

/s/Gregory M. Utter
Gregory M. Utter