IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
**SEP 1 5 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>ex rel. MICHAEL GREER, et al.,<br><br>   Plaintiffs/Relators,<br><br>v.<br><br>DYNCORP INTERNATIONAL INC., et al.,<br><br>   Defendants. | Civil Action No. 13-326-RJL<br><br>**ORDER GRANTING<br>MOTION FOR LEAVE TO DISMISS<br>COMPLAINT WITH PREJUDICE AS<br>TO PLAINTIFFS/RELATORS'<br>CLAIMS AND WITHOUT PREJUDICE<br>AS TO THE UNITED STATES OF<br>AMERICA'S CLAIMS** |

The Court, having read and considered Plaintiffs/Relators' Motion for Leave to Dismiss their Complaint with Prejudice as to Plaintiffs/Relators' claims and without prejudice as to the United States of America's claims, hereby grants the motion and orders that Plaintiffs/Relators' claims be dismissed with prejudice, and that the United States of America's claims be dismissed without prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: September 15, 2017.

_____
The Honorable Richard J. Leon
U.S. District Court for the District of Columbia